O:\MAXWELL FILES\Parida, Bob\Disclosure Statement Hrg notice 7-07.doc
06-110-018

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) No. 06-10563 |
| ASHOK PARIDA, | ) Hon. Carol A. Doyle |
| | ) Chapter 11 |
| Debtor and Debtor in possession. | ) |

### ORDER SETTING FINAL HEARING ON ADEQUACY OF DISCLOSURE STATEMENT AND NOTICE THEREOF

This case coming to be heard on the continued status report regarding the Debtor's Chapter 11 Plan and Disclosure Statement; counsel for Debtor and counsel for the United States Trustee having appeared; and the Court being advised in the premises; it is, therefore

**ORDERED, and notice is hereby given**, that:

A. Within 7 days after the entry of this order, a copy of this order shall be served (by electronic means, delivery, or United States Mail) to known creditors and other parties in interest, and shall be transmitted to the United States Trustee. A copy of the Debtor's First Amended Disclosure Statement, filed on July 24, 2007, may be obtained from the Clerk of the Bankruptcy Court through the CM/ECF website at https://ecf.ilnb.uscourts.gov/cgi-bin/login.pl (PACER account required) or by request made to Debtor's counsel directly at maxwellawchicago@yahoo.com or vbarad@maxwellandpotts.com, or by written request to Debtor's counsel as shown below.

B. September 7, 2007, is fixed as the last day for filing and serving pursuant to Fed.R.Bankr.P. 3020(b) written objections to the adequacy of the Debtor's First Amended Disclosure Statement. Any objections must be filed with the Clerk of the Bankruptcy Court and must be served upon Debtor's counsel via ECF service, email at maxwellawchicago@yahoo.com ***and*** vbarad@maxwellandpotts.com, or mail to Debtor's counsel as shown below.

C. September 12, 2007, at 10:30 a.m., 219 S. Dearborn Street, Courtroom 742, Chicago, Illinois, is fixed for the hearing on the adequacy of the Debtor's First Amended Disclosure Statement.

ENTER:

_____
United States Bankruptcy Judge

7/26/07

Prepared by:
Andrew J. Maxwell (ARDC #1799159)
Vikram R. Barad (ARDC #6277076)
Maxwell & Potts, LLC
105 West Adams St., Suite 3200
Chicago, IL 60603
(312) 368-1138